THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
County of San Diego
By MELISSA M. HOLMES, Senior Deputy (State Bar No. 220961)
    JENNIFER M. MARTIN, Deputy (State Bar No. 322048)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5836; Fax: (619) 531-6005
E-mail: melissa.holmes@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BILS, individually and as Successor in Interest to NICHOLAS BILS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal entity, Deputy AARON RUSSELL, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | NO. 20-CV-2069-H-BGS<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**[CivLR 12.1; Fed. R. Civ. P. 6(b)(1)]**<br><br>Courtroom: 15A<br>District Judge: Hon Marilyn L. Huff<br>Magistrate Judge: Hon. Bernard G. Skomal |

Plaintiff HENRY BILS ("Plaintiff"), and Defendant COUNTY OF SAN DIEGO ("County"), by and through their counsel, stipulate and consent and request an order providing the County an extension of time up of 90 days, until and including February 15, 2021, to file a response to the Plaintiff's Complaint. CivLR 12.1; Fed. R. Civ. P. 6(b)(1). The County's response to the Complaint is due on November 17, 2020.

There is good cause for the extension as the additional time will allow the parties to attempt to resolve the case informally. Should the Court grant this request, the parties

intend to attend a mediation during the extension period. This may result in the resolution of the case prior to the filing of any motions under Federal Rule of Civil Procedure Rule 12. Therefore, it is anticipated that this extension will result in the conservation of judicial resources.

Further, there is a related criminal prosecution against Defendant Aaron Russell that stems from the same underlying events as Plaintiff's Complaint. The County also intends to file a motion to stay the action due to the pending parallel criminal proceedings. Therefore, it is anticipated that this extension will result in the conservation of judicial resources since it will permit determination of the stay motion prior to any litigation regarding the pleadings or discovery.

The joint motion will not impact any existing court-scheduled dates or prejudice any of the parties to this litigation. There have been no previous extensions.

DATED: November 12, 2020              THOMAS E. MONTGOMERY, County Counsel

By: s/MELISSA HOLMES, Senior Deputy
Attorneys for Defendant County of San Diego
E-mail: melissa.holmes@sdcounty.ca.gov

DATED: November 12, 2020              THE COCHRAN FIRM CALIFORNIA

By: s/BRIAN T. DUNN
Attorney for Plaintiff HENRY BILS
E-mail: bdunn@cochranfirm.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for all parties and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

DATED: November 12, 2020			THOMAS E. MONTGOMERY, County Counsel

By: s/MELISSA HOLMES, Senior Deputy
Attorneys for Defendant County of San Diego
E-mail: melissa.holmes@sdcounty.ca.gov