# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California. My business address is 1600 Pacific Highway, Room 355, San Diego, California, 92101.

I served the following document(s):

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

in the following manner:

☐ **(BY MAIL)** By causing a true copy thereof, enclosed in a sealed envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

☐ **(BY E-MAIL)** By emailing an electronic copy (per mutual agreement) of the documents listed above to the following e-mail address(es):

☒ **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, which electronically notifies all counsel as follows:

BRIAN T. DUNN, ESQ.
EDWARD M. LYMAN, ESQ.
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010-3856
Telephone: (323) 435-8205
Facsimile: (323) 282-5280
Email: bdunn@cochranfirm.com
Email: elyman@cochranfirm.com

Executed on November 12, 2020, at San Diego, California.

By: s/MELISSA M. HOLMES
E-mail: melissa.holmes@sdcounty.ca.gov

(*Henry Bils v. County of San Diego, et al.*
USDC Case No. 20-CV-2069-H-BGS)