1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY BILS, individually and as Successor in Interest to NICHOLAS BILS, deceased,<br><br>                                Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal entity, Deputy AARON RUSSELL, an individual, and DOES 1 through 10, inclusive,<br><br>                                Defendants. | Case No.:  20-cv-02069-H-BGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND**<br><br>[Doc. No. 3.] |

On October 20, 2020, Plaintiff Henry Bils ("Plaintiff") filed a complaint against Defendants County of San Diego (the "County"), Deputy Aaron Russell, and Does 1 through 10.  (Doc. No. 1.)  On November 12, 2020, Plaintiff and the County filed a joint motion requesting the Court to extend the County's time to respond to Plaintiff's complaint

1    by up to ninety days.  (Doc. No. 3 at 1.)  The County's initial response is currently due on

2    November 17, 2020.  (Id.)  In the joint motion, Plaintiff and the County explained that an

3    extension will allow the parties additional time to attempt to resolve the case informally.

4    (Id. at 1-2.)  The parties further represented that, if the joint motion is granted, Plaintiff and

5    the County intend to attend a mediation during the extension period.  (Id. at 2.)  For good

6    cause shown, the Court grants the joint motion and provides the County a ninety-day

7    extension.  The County's initial response is now due on **February 15, 2021**.

8         **IT IS SO ORDERED.**

9    DATED: November 13, 2020

10

11   _____
     MARILYN L. HUFF, District Judge
     UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28