THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
County of San Diego
By MELISSA M. HOLMES, Senior Deputy (State Bar No. 220961)
    JENNIFER M. MARTIN, Deputy (State Bar No. 322048)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5836; Fax: (619) 531-6005
E-mail: melissa.holmes@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BILS, individually and as Successor in Interest to NICHOLAS BILS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal entity, Deputy AARON RUSSELL, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | NO. 20-CV-2069-H-BGS<br><br>**NOTICE OF APPEARANCE**<br><br>Courtroom: 15A<br>District Judge: Hon Marilyn L. Huff<br>Magistrate Judge: Hon. Bernard G. Skomal |

PLEASE TAKE NOTICE that Melissa M. Holmes, Senior Deputy County Counsel, being the attorney primarily responsible for litigation in the above-captioned action, hereby associates Jennifer M. Martin, Deputy County Counsel, as co-counsel in this action. Jennifer M. Martin's office address and telephone number are: Office of County Counsel, 1600 Pacific Highway, Room 355, San Diego, California 92101, (619) 531-4901. Please update all records and proof of service lists accordingly, and please

///

1 | direct all future correspondence and pleadings to Senior Deputy Melissa M. Holmes and
2 | Deputy Jennifer M. Martin.

3 | DATED: November 16, 2020     THOMAS E. MONTGOMERY, County Counsel

By: s/JENNIFER M. MARTIN, Deputy
Attorneys for Defendant County of San Diego