1  THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
   County of San Diego
2  By MELISSA M. HOLMES, Senior Deputy (State Bar No. 220961)
3      JENNIFER M. MARTIN, Deputy (State Bar No. 322048)
   1600 Pacific Highway, Room 355
4  San Diego, California 92101-2469
   Telephone: (619) 531-5836; Fax: (619) 531-6005
5  E-mail: melissa.holmes@sdcounty.ca.gov

6  Attorneys for Defendant County of San Diego

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BILS, individually and as Successor in Interest to NICHOLAS BILS, deceased,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTY OF SAN DIEGO, a municipal entity, Deputy AARON RUSSELL, an individual, and DOES 1 through 10, inclusive,<br><br>             Defendants. | NO. 20-CV-2069-H-BGS<br><br>**DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF CRIMINAL PROSECUTION**<br><br>Date: December 21, 2020<br>Time: 10:30 a.m.<br>Courtroom: 15A<br>District Judge: Hon Marilyn L. Huff |

   PLEASE TAKE NOTICE that on December 21, 2020 at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 15A of the Honorable Marilyn L. Huff, United States District Judge, located at 333 W. Broadway, San Diego, California, Defendant County of San Diego will move to stay these civil proceedings pending the resolution of the related criminal case.

///

///

The motion will be based upon this notice, the accompanying memorandum of points and authorities, the request for judicial notice, and upon all papers and pleadings on file in this action.

DATED: November 17, 2020   THOMAS E. MONTGOMERY, County Counsel

By: s/JENNIFER M. MARTIN, Deputy
Attorneys for Defendant County of San Diego