THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
County of San Diego
By MELISSA M. HOLMES, Senior Deputy (State Bar No. 220961)
   JENNIFER M. MARTIN, Deputy (State Bar No. 322048)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5836; Fax: (619) 531-6005
E-mail: melissa.holmes@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BILS, individually and as Successor in Interest to NICHOLAS BILS, deceased,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN DIEGO, a municipal entity, Deputy AARON RUSSELL, an individual, and DOES 1 through 10, inclusive,<br><br>        Defendants. | NO. 20-CV-2069-H-BGS<br><br>**DEFENDANT COUNTY OF SAN DIEGO'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF CRIMINAL PROSECUTION**<br><br>Date: December 21, 2020<br>Time: 10:30 a.m.<br>Courtroom: 15A<br>District Judge: Hon Marilyn L. Huff |

Defendant County of San Diego respectfully requests, pursuant to Federal Rule of Evidence Rule 201, that this Court take judicial notice of the existence of and records in the California Superior Court case, *People of the State of California v. Aaron Russell*, San Diego Superior Court CD286474. Specifically, Defendant County of San Diego requests notice of the nature and date of the charges in that criminal action, and that the criminal action is pending.

///

1    Attached in support of this request are the following court records from California

2    Superior Court case, *People of the State of California v. Aaron Russell*, San Diego

3    Superior Court CD286474:

4        Exhibit A:    July 13, 2020, Felony Complaint; and

5        Exhibit B:    July 24, 2020, Felony Pre-Disposition Minutes.

6    DATED: November 17, 2020            THOMAS E. MONTGOMERY, County Counsel

7                                        By: s/JENNIFER M. MARTIN, Deputy

8                                        Attorneys for Defendant County of San Diego

# Exhibit A

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
### CENTRAL DIVISION

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

AARON RUSSELL,
*dob 10/26/96;*

Defendant

CT No. CD286474
DA No. AEQ892

COMPLAINT-FELONY

**F I L E D**
Clerk of the Superior Court

**JUL 13 2020**

Filed By: V. Caro

| INFORMATION |
|---|
| Date: _____ |

COPY

## PC296 DNA TEST STATUS SUMMARY

| Defendant | DNA Testing Requirements |
|---|---|
| RUSSELL, AARON | DNA sample required upon conviction |

## CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 1 | PC187(a) | Felony | 15 Yrs-Life | | |
| | RUSSELL, AARON | | | PC12022.5(a) | +3-4-10 |
| | PC1054.3 | | INFORMAL REQUEST FOR DISCOVERY | | |

The undersigned, certifying upon information and belief, complains that in the County of San Diego, State of California, the Defendant(s) did commit the following crime(s):

## CHARGES

**COUNT  1 - MURDER**

On or about May 1, 2020, AARON RUSSELL did unlawfully murder Nicholas Bils, a human being, in violation of PENAL CODE SECTION 187(a).

Page 1 of 3, Court Case No. CD286474

EXHIBIT A1

# CHARGES (cont'd)

And it is further alleged that in the commission and attempted commission of the above offense, the defendant AARON RUSSELL, personally used a firearm, to wit: a handgun, within the meaning of PENAL CODE SECTION 12022.5(a).

NOTICE: Any defendant named on this complaint who is on criminal probation in San Diego County is, by receiving this complaint, on notice that the evidence presented to the court at the preliminary hearing on this complaint is presented for a dual purpose: the People are seeking a holding order on the charges pursuant to Penal Code Section 872 and simultaneously, the People are seeking a revocation of the defendant's probation, on any and all such probation grants, utilizing the same evidence, at the preliminary hearing. Defenses to either or both procedures should be considered and presented as appropriate at the preliminary hearing.

NOTICE:  Any defendant named on this complaint who is on Mandatory Supervision in San Diego County is, by receiving this complaint, on notice that the evidence presented to the court at the preliminary hearing on this complaint is presented for a dual purpose:  the People are seeking a holding order on the charges pursuant to Penal Code Section 872 and simultaneously, the People are seeking a revocation of the defendant's Mandatory Supervision pursuant to Penal Code Sections 1170(h)(5)(B) and 1203.2, on any and all such grants, utilizing the same evidence, at the preliminary hearing. Defense to either or both procedures should be considered and presented as appropriate at the preliminary hearing.

Pursuant to PENAL CODE SECTION 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by PENAL CODE SECTION 1054.3.

Sheriff's records indicate that as of the booking date one or more defendants have not yet provided a DNA sample to the DOJ database.  Pursuant to Penal Code Section 296(e), the court shall order collection of DNA from the defendant(s) if advised by the prosecuting attorney that a sample is required but has not been provided by the defendant.  Pursuant to Penal Code sections 296/296.1, if not already required from a past conviction, any defendants who have not done so will be required to provide a sample upon conviction of this felony offense.

MANDATORY STATE PRISON INCARCERATION:  An executed sentence for a felony shall be served by defendant AARON RUSSELL in state prison pursuant to PENAL CODE SECTIONS 1170(f) and (h)(3).

EXHIBIT A2

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER CD286474, CONSISTS OF 1 COUNT.

Executed at City of San Diego, County of San Diego, State of California, on July 13, 2020.

_____

COMPLAINANT

INFORMATION

SUMMER STEPHAN
District Attorney
County of San Diego
State of California
by:

_____

Date

_____

Deputy District Attorney

EXHIBIT A3

# Exhibit B

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☒ Central Division ☐ East County Division ☐ North County Division ☐ South County Division Waivers: ☒ Time ☐ 4th

PEOPLE vs. __RUSSELL__ _____ __AARON__ _____ STATUS: __BOND__ $ ___500000___ ☐ BB ☐ CB (Y/N)

CASE # __CD286474___ PROS. # __AER89201__ DOB:__02696__ BKG # __20927654___ CTS: ____ days ____ hrs.

DATE: __07-24-20__ AT __08:15__ DEPT. # __101__ INTERP: _____ ☐ Spanish ☐ Sworn ☐ Oath on File

JUDGE/COMM/TEMP JUDGE __LAURA W. HALGREN__ _____ REPORTER: __C. Johnsen, CSR 8232__ ☐ STIP. FILED

CLERK: __T. Crux__ _____ CSR # / COUNTER #: _____

CHARGE(S): __PC187(A)__ _____

FUTURE DATES: _Stephen Margarett_ _____ _D. Pinckard / Mc Beanich_ ☐ CONFIRMED ☐ VACATED

Attorney for the People (DDA)(DCA)(DAG) ☐ Supervised Cert. Legal Intern   Attorney for Defendant ( PD / APD / OAC) Retained )(Counsel) ☐ Supervised Cert. Legal Intern

DEFENDANT: ☐ PRESENT ☒ VIA AUDIO VIDEO ☐ SELF REPRESENTED ☐ NOT PRESENT ☐ NOT PRODUCED ☒ FAILED TO APPEAR

**Case called for** ☐ FTA ☐ Arraignment ☐ Bail Review ☐ Readiness/DWT ☐ Jury Trial ☐ Preliminary Examination ☐ Motion

☒ PC1000 _Status_ ☐ Full ☐ Limited Protective Order Expires: _____ Protected Party: _____

☐ **Warrant Ordered/Issued on** _____ ☐ Held to today ☐ Cleared ☐ Outstanding. ☐ Bail Bond # _____ $ _____ forfeited.

**CASE TRANSFERRED TO DEPT.** _____ **TIME ESTIMATE:** _____

Complaint amended ☐ by interlineation to read: _____

☐ Amended ☐ Amendment to ☐ complaint filed ☐ charging ☐ adding ☐ VC23103 (a) pursuant to VC23103.5 ☐ VC22107, VC21658(a), PC647(f)

☐ as INFRACTION(S) pursuant to PC17(d)(2). ☐ other: _____

☐ Defendant advised of and waives the right to a **separate and conflict-free attorney / interpreter** for this court appearance.

☐ Defendant duly arraigned and advised of the **constitutional and statutory rights** as indicated on the reverse side of this minute order*.

☐ Acknowledgment of waiver of constitutional rights signed and filed. ☐ Defendant has received copy of complaint.

☐ Defendant waives reading of complaint. ☐ Deft. states **true name** is _____ ☐ on complaint [____ line]

☒ **DEFENDANT PLEADS NOT GUILTY** and denies any priors/allegations/separate convictions alleged ☐ on amended complaint.

☒ **Defendant WAIVES:** ☐ time for speedy trial ☐ 10 day/60 day statutory time for preliminary hearing ☐ personal presence ☐ per PC977

☐ bail review ☐ jury trial ☐ preliminary hearing

**COUNSEL** ☐ **MOTION FOR APPOINTED ATTORNEY** ☐ **Granted** ☐ Public Defender ☐ Alternate Public Defender ☐ Office of Assigned Counsel

Atty: _____ ☐ Re-appointed ☐ **Denied** ☐ Referred to Near Indigent Panel ☐ Defendant to retain counsel.

☐ Motion for self-representation is ☐ granted ☐ denied. ☐ Faretta/Lopez Waiver signed & filed. ☐ OAC appointed - legal runner/reasonable ancillary services.

**CONVICTION** ☐ Deft. is sworn and examined. ☐ Defendant affirms any previously entered plea.

**DEFENDANT PLEADS:** ☐ **GUILTY** ☐ **NO CONTEST** to: _____ ☐ VC23152(a) / (b)

☐ Admits _____ separate conviction(s) alleged/ _____ allegation(s)

☐ Charges contained in amended/amendment to complaint. ☐ VC23103(a) ☐ per 23103.5 ☐ as a lesser included/related offense of _____

☐ On motion of Court/People/Defendant remaining count(s) _____ is/are **DISMISSED**. Allegation(s)/Prior(s) remaining is/are **STRICKEN** ☐ FOJ ☐ VOP

☐ Plea form executed and filed ☐ People vs. West ☐ BAC: .

☐ Court finds a knowing and intelligent waiver of constitutional rights and factual basis for the plea.

☐ **ADVISALS** given by the court: ☐ Theft (PC666) ☐ VC (VC23593) ☐ Immigration consequences (PC1016.5)

☐ **WAIVERS:** ☐ Arbuckle ☐ Blakely ☐ Cruz ☐ Harvey ☐ Appeal Rights ☐ Non-Bio. Evidence Disposal ☐ Time for sentencing, see JUDGMENT MINUTES.

☐ PC1210 ☐ Drug Court ☐ accepted ☐ declined. _PG477 waiver authorized previously for the purposes_

☐ Stipulated bindover. ☐ Case certified as a general jurisdiction matter. ☐ Complaint deemed the information _of continuing this matter in the_

☐ Defendant to provide DNA database samples as directed by Sheriff or Probation Dept. (PC296). _of continuing this matter in the_

**MOTION** for _____ by ☐ People ☐ Defendant ☐ with ☐ without objection ☐ GRANTED ☐ DENIED.

**PC1000** ☐ Defendant's motion for PC1000 ☐ granted as to count(s) _____ and criminal proceedings suspended for _____ months ☐ denied.

☐ Enroll in and successfully complete the diversion program, including payment of fees and compliance with all profiles. _approved court closure only._

☐ Enroll in ☐ county certified program ☐ S.D. Rescue Mission Program ☐ Court _in approved_ ☐ Enroll by _____

☐ Pay $ _____ div. rest. fee (PC1001.90). ☐ Pay $ _____ div. admin fee (PC1001.15, 1001.16) **Total due** $ _____

☐ Payment due: _____ ☐ Payments set at $ _____ per month starting _____ and on the _____ of each month thereafter until paid in full.

☐ Report immediately to clerk/SAAU for program assignment/enroll-by date/payment date(s). ☐ Def. motion to re-enroll granted - enroll by _____

☐ Defendant has satisfactorily COMPLETED the PC1000 Program. ☐ Previously entered plea to count(s) _____ set aside ☐ count(s) _____ dismissed.

☐ Defendant has FAILED to satisfactorily complete the PC1000 Program. ☐ PC1000 terminated and criminal proceedings reinstated.

☐ Unpaid diversion fees set aside. ☐ Court makes a finding of guilt to the charge(s) pled. ☐ Time waived for sentencing, see JUDGMENT.

**REFERRALS** ☐ Report ☐ immediately ☐ by _____ to ☐ SAAU ☐ Probation Department ☐ Probation to interview.

☐ Pre-sentence ☐ Mini ☐ Supplemental ☐ Psych. ☐ Limited re: Drugs / Alcohol / Domestic Violence / Anger Management / Restitution Report Ordered.

☐ Pre-sentence report waived. ☐ Court Collections ☐ for payment of attorney fees ** $ _____ ☐ Indigent as to attorney fees.

** The court finds that the defendant has the ability to repay the County of San Diego for the costs of court appointed attorney fees.

**HEARINGS** Set/sent. on motion of ☐ People ☐ Defense ☐ Opposed ☐ Unopposed ☐ By Stipulation. ☐ Statutory time is **WAIVED**

**DEFENDANT IS ORDERED TO APPEAR for** ☒ _Status Hearing_ on _2-4-2021_ at _8:15_ in Dept. _101_

☐ Re: Attorney _____ at _____ in Dept. _____ ☐ Motion/PC1538.5 _____ at _____ in Dept. _____

☐ Arraignment _____ at _____ in Dept. _____ ☐ Jury / Court Trial _____ at _____ in Dept. _____

☐ Bail Review _____ at _____ in Dept. _____ ☐ Sentencing _____ at _____ in Dept. _____

☐ Readiness/DWT _____ at _____ in Dept. _____ ☐ Prob. Hrg.& Sent _____ at _____ in Dept. _____

☒ Prelim Exam _1-25-2021_ at _8:30_ in Dept. _102_ ☐ PC1000/Drug Ct _____ at _____ in Dept. _____

Time Estimate: _____ hr./day _____ Days remaining: _____ Set with case(s): _____

**MENTAL HEALTH** ☐ Proceedings suspended pursuant to PC1368. Mental competency examination on _____ at _____ by Forensic

Psychiatry Clinic. Females - Central Division, Hall of Justice, Room 481; Males – Central Detention Facility. Hearing on _____ at _____ in

Dept. _____ of the Central Division. ☐ The Sheriff is ordered to transport the defendant to and from the examination and hearing stated above.

**OTHER** ☐ Verbal notice of license suspension (DL 310) signed. ☐ Fingerprint form filed.

☐ Book & Release – Report to _____ to ☐ Central ☐ Vista ☐ Las Colinas Detention Facility.

_Defendant consents to a closed, remote hearing via video conference for today's_

_hearing only. MVARS Protective Order Signed & Filed._

**CUSTODY STATUS** Defendant ☐ **REMANDED** to custody of Sheriff ☐ without bail ☐ with bail set at / increased to / reduced to $ _____

☐ PC1275.1 HOLD. ☐ Pretrial Services Report ordered: ☐ SOR ☐ Refer to CPAC.

☒ **REMAINS AT LIBERTY** ☐ **RELEASED:** ☐ on bail previously posted ☐ after booking ☐ PC1000 ☐ OR ☐ SUPERVISED OR-comply with PTS conditions

☐ same terms and conditions ☐ to an authorized representative of: _____ on _____ at _____

☐ Release Conditions: ☐ Attend _____ self-help mtgs. per week and submit proof at each court hearing. ☐ Abstain from alcohol.

☐ Not use or possess any controlled substances without a valid prescription. ☐ Not possess narcotic paraphernalia.

☐ Deft. waives 4th amendment rights and agrees to submit person, vehicle, place of residence, property, personal effects to search at any time with or without a

warrant, and with or without reasonable cause, when required by a Probation Officer or other law enforcement officer ☐ until revoked. ☐ for the duration of

PC1000. ☐ Have no contact with / stay away from: _____ ☐ **Protective Order** issued.

☐ Previously ordered: ☐ **4th WAIVER** ☐ continues ☐ deleted ☐ **PROTECTIVE ORDER** ☐ continues ☐ deleted.

**WARRANT** ☐ Arrest ☐ Bench ☐ Warrant ordered ☐ Bail set at $ _____ ☐ No Bail. ☐ Counsel reports no contact with defendant.

☐ Schedule for hearing. ☐ Mandatory appearance. ☐ Night service authorized. ☐ Cash bail may be forfeited. ☐ **ISSUED ON:** _____

☐ HOLD issuance to DATE ABOVE. ☐ Warrant previously ordered/issued ☐ remains outstanding ☐ rescinded ☐ **RECALLED ON:** _____

☐ Affidavit requested. Due by: _____

**BAIL** ☐ is ☐ exonerated ☐ forfeited ☐ Fine from bail, refund balance. ☐ Reinstated ☐ on non-collusion/ re-assumption of liability filed.

☐ Bail forfeiture is set aside and bond is ☐ reinstated ☐ exonerated ☐ upon payment of court cost $ _____ within 30 days ☐ cost waived

☐ Bond #: _____ Bond $ _____ Bond Co. _____

☐ _____ Date: _____ ATTEST A TRUE COPY, Clerk of the Superior Court by _____ Deputy

Distribution by: _MM_ on _7/24_ to: ☐ Jail ☐ Deft. ☐ Atty. ☐ Pros. ☐ Prob. ☐ R&R ☐ Interpreter ☐ Acct. ☐ SAAU ☐ Other: _____

SDSC CRM-150 (Rev. 10/19)                **MISDEMEANOR/FELONY – PRE-DISPOSITION MINUTES**

EXHIBIT B1