| | |
|---|---|
| 1 | Daley & Heft, LLP |
| 2 | Attorneys at Law |
| | Mitchell D. Dean [SBN 128926] |
| 3 | Lee H. Roistacher [SBN 179619] |
| | 462 Stevens Avenue, Suite 201 |
| 4 | Solana Beach, CA  92075 |
| | Telephone:  (858) 755-5666 |
| 5 | Facsimile:  (858) 755-7870 |
| | E-mail: mdean@daleyheft.com |
| 6 | lroistacher@daleyheft.com |

Attorneys for Defendant,
AARON RUSSELL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BILS, individually and as Successor in Interest to NICHOLAS BILS, deceased, | Case No.: 20-CV-2069-H-BGS |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| COUNTY OF SAN DIEGO, a municipal entity, Deputy AARON RUSSELL, an individual, and DOES 1 through 10, inclusive, | Courtroom:  15A<br>Judge:        Hon Marilyn L. Huff<br>Magistrate Judge: Bernard G. Skomal |
| | Trial Date: None set |
| Defendant | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Mitchell D. Dean of the law firm of Daley & Heft, LLP, hereby appears as counsel for defendant Aaron Russell in the above-referenced action.  Effectively immediately, please add Mitchell D. Dean as an attorney to be noticed on all matters at the following address:

| | |
|---|---|
| 1 | Daley& Heft, LLP |
| 2 | Mitchell D. Dean Esq. (SBN 128926) |
| 3 | 462 Stevens Avenue, Suite 201 |
|   | Solana Beach, CA 92075 |
| 4 | Telephone: (858) 755-5666 |
|   | Facsimile: (858) 755-7870 |
| 5 | E-mail: mdean@daleyheft.com |

Dated: December 10, 2020            Daley & Heft, LLP


By:  */s/ Mitchell D. Dean*
　　　Mitchell D. Dean
　　　Lee H. Roistacher
　　　Attorneys for Defendant
　　　Aaron Russell
　　　E-mail:  mdean@daleyheft.com
　　　　　　　lroistacher@daleyheft.com