```
 1  Daley & Heft, LLP
    Attorneys at Law
 2  Mitchell D. Dean [SBN 128926]
 3  Lee H. Roistacher [SBN 179619]
    462 Stevens Avenue, Suite 201
 4  Solana Beach, CA  92075
 5  Telephone:  (858) 755-5666
    Facsimile:  (858) 755-7870
 6  E-mail:    mdean@daleyheft.com
 7             lroistacher@daleyheft.com
 8
    Attorneys for Defendant
 9  AARON RUSSELL
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BILS, individually and as Successor in Interest to NICHOLAS BILS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal entity, Deputy AARON RUSSELL, an individual, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 20-CV-2069-H-BGS<br><br>**NOTICE OF JOINDER IN MOTION TO STAY PROCEEDINGS**<br><br>Courtroom:  15A<br>Judge:        Hon Marilyn L. Huff<br>Magistrate Judge: Bernard G. Skomal<br>Trial Date: None set |

    Defendant AARON RUSSELL joins in the County of San Diego's motion to stay all proceedings pending resolution of the criminal prosecution against him set for hearing on December 21, 2020 at 10:30 a.m., and adopts and incorporates the arguments set forth in that motion. *See* ECF Doc. Nos. 6, 6-1, 6-2.

///

| | | |
|---|---|---|
| 1 | Dated: December 10, 2020 | Daley & Heft, LLP |
| 2 | | By: */s/ Mitchell D. Dean* |
| 3 | | Mitchell D. Dean |
| 4 | | Lee H. Roistacher |
| 5 | | Attorneys for Defendant Aaron Russell |
| 6 | | E-mail: mdean@daleyheft.com |
| | | lroistacher@daleyheft.com |