Daley & Heft, LLP
Attorneys at Law
Mitchell D. Dean [SBN 128926]
Lee H. Roistacher [SBN 179619]
462 Stevens Avenue, Suite 201
Solana Beach, CA 92075
Telephone: (858) 755-5666
Facsimile: (858) 755-7870
E-mail: mdean@daleyheft.com
lroistacher@daleyheft.com

Attorneys for Defendant
AARON RUSSELL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

HENRY BILS, individually and as Successor in Interest to NICHOLAS BILS, deceased,

Plaintiff,

v.

COUNTY OF SAN DIEGO, a municipal entity, Deputy AARON RUSSELL, an individual, and DOES 1 through 10, inclusive,

Defendant.

Case No.: 20-CV-2069-H-BGS

**CERTIFICATE OF SERVICE**

Courtroom: 15A
Judge: Hon Marilyn L. Huff

Trial Date: None set

I, Rachel I. Gomez, certify and declare as follows:

I am over the age of 18 and not a party to the action. I am employed in the County of San Diego, California. My business address is 462 Stevens Avenue, Suite 201, Solana Beach, California. My electronic address is rgomez@daleyheft.com.

On December 10, 2020 I served all interested parties in this action the following documents described and addressed as follows:

**NOTICE OF JOINDER IN MOTION TO STAY PROCEEDINGS**

[ X ] **BY ELECTRONIC SERVICE:** On the date stated below, I served the above referenced documents via CM/EFC on the designated recipients below through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/EFC's system.

The following are those who are currently on the CM/ECF service list:

BRIAN T. DUNN, ESQ.
EDWARD M. LYMAN, ESQ.
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010-3856
Telephone: (323) 435-8205
Email: bdunn@cochranfirm.com
Email: elyman@cochranfirm.com

*Attorneys for Plaintiff Henry Bils*

THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
County of San Diego
By MELISSA M. HOLMES, Senior Deputy (State Bar No. 220961)
JENNIFER M. MARTIN, Deputy (State Bar No. 322048)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5836; Fax: (619) 531-6005
E-mail: melissa.holmes@sdcounty.ca.gov

*Attorneys for Defendant County of San Diego*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 10, 2020 /s/ *Rachel I. Gomez*
Rachel I. Gomez