1  Daley & Heft, LLP
   Attorneys at Law
2  Mitchell D. Dean [SBN 128926]
3  Lee H. Roistacher [SBN 179619]
   462 Stevens Avenue, Suite 201
4  Solana Beach, CA  92075
5  Telephone:  (858) 755-5666
   Facsimile:  (858) 755-7870
6  E-mail:
7
8  Attorneys for Defendant
   AARON RUSSELL
9

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY BILS, individually and as Successor in Interest to NICHOLAS BILS, deceased, <br><br> Plaintiff <br><br> v. <br><br> COUNTY OF SAN DIEGO, a municipal entity, Deputy AARON RUSSELL, an individual, and DOES 1 through 10, inclusive, <br><br> Defendant | Case No.: 20-CV-2069-H-BGS <br><br> **NOTICE OF APPEARANCE** <br><br><br> Courtroom:  15A <br> Judge:       Hon Marilyn L. Huff <br> Magistrate Judge: Bernard G. Skomal <br><br> Trial Date: None set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Lee H. Roistacher of the law firm of Daley & Heft, LLP, hereby appears as counsel for defendant Aaron Russell in the above-referenced action.  Effectively immediately, please add Lee H. Roistacher as an attorney to be noticed on all matters at the following address:

1

Notice of Appearance                                            Case No. 20-CV-2069-H-BGS

1  Daley& Heft, LLP
2  Lee H. Roistacher, Esq. (SBN 179619)
   462 Stevens Avenue, Suite 201
3  Solana Beach, CA 92075
   Telephone: (858) 755-5666
4  Facsimile: (858) 755-7870
5  E-mail: lroistacher@daleyheft.com

6

7  Dated: December 10, 2020                Daley & Heft, LLP
8

9

10                                    By:  /s/ Lee H. Roistacher
11                                         Mitchell D. Dean
                                           Lee H. Roistacher
12                                         Attorneys for Defendant
13                                         Aaron Russell
                                           E-mail:  mdean@daleyheft.com
14                                                  lroistacher@daleyheft.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
Notice of Appearance                                         Case No. 20-CV-2069-H-BGS