Daley & Heft, LLP
Attorneys at Law
Mitchell D. Dean [SBN 128926]
Lee H. Roistacher [SBN 179619]
462 Stevens Avenue, Suite 201
Solana Beach, CA 92075
Telephone: (858) 755-5666
Facsimile: (858) 755-7870
E-mail:   mdean@daleyheft.com
          lroistacher@daleyheft.com

Attorneys for Defendant
AARON RUSSELL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BILS, individually and as Successor in Interest to NICHOLAS BILS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal entity, Deputy AARON RUSSELL, an individual, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 20-CV-2069-H-BGS<br><br>**JOINT MOTION TO EXTEND RESPONSE DATE**<br><br>Courtroom: 15A<br>Judge:     Hon Marilyn L. Huff<br><br>Trial Date: None set |

Plaintiff HENRY BILS and defendant AARON RUSSELL, by and through their counsel, stipulate and consent and request an order providing Russell an extension to February 15, 2021 to file a response to plaintiff's Complaint. Civ. LR 12.1; Fed. R. Civ. P. 6(b)(1). This is the same day the County of San Diego's response is due. *See* ECF Doc. No. 4 (Order Granting Joint Motion to Extend Response Time).

1   Good cause exists for the extension. Plaintiff and the County anticipate mediating the case within the next 60 days, which may eliminate the need for a responsive pleading and this Court's resolution of any Rule 12 motion.

Also, there is a related criminal prosecution against Russell stemming from the same underlying events raised in plaintiff's complaint. The County filed a motion to stay the action pending resolution of the pending parallel criminal proceedings, which is set to be heard by this Court on December 21, 2020. Russell has joined this motion. *See* ECF Doc. No. 8. Therefore, it is anticipated that this extension will result in the conservation of judicial resources since it will permit determination of the stay motion prior to any litigation regarding the pleadings or discovery.

The joint motion will not impact any existing court-scheduled dates or prejudice any of the parties to this litigation. There have been no previous extensions given to Russell.

Dated: December 10, 2020   Daley & Heft, LLP

By:   /s/ Mitchell D. Dean

Mitchell D. Dean
Lee H. Roistacher
Attorneys for Defendant
AARON RUSSELL
E-mail:  mdean@daleyheft.com
            lroistacher@daleyheft.com

Dated: December 10, 2020   THE COCHRAN FIRM, CALIFORNIA

By:   /s/ Brian Dunn
Attorneys for Plaintiff, HENRY BILS
bdunn@cochranfirm.com