**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY BILS, individually and as Successor in Interest to NICHOLAS BILS, deceased,<br><br>          Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal entity, Deputy AARON RUSSELL, an individual, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 20-cv-02069-H-BGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND**<br><br>[Doc. No. 10.] |

On October 20, 2020, Plaintiff Henry Bils ("Plaintiff") filed a complaint against Defendants County of San Diego (the "County"), Deputy Aaron Russell ("Deputy Russell"), and Does 1 through 10. (Doc. No. 1.) On December 10, 2020, Plaintiff and Deputy Russell filed a joint motion requesting the Court to extend Deputy Russell's time

to respond to the complaint to February 15, 2021.  (Doc. No. 10 at 1.)  The Court already extended the County's time to respond to February 15, 2021 in a previous order.  (Doc. No. 4.)  Further, the parties represented in their joint motion that this extension would allow them to engage in mediation within the next 60 days.  (Doc. No. 10 at 2.)  For good cause shown, the Court grants the joint motion.  Deputy Russell's initial response is now due on **February 15, 2021**.

**IT IS SO ORDERED.**

DATED: December 11, 2020

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT