THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
County of San Diego
By MELISSA M. HOLMES, Senior Deputy (State Bar No. 220961)
    JENNIFER M. MARTIN, Deputy (State Bar No. 322048)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5836; Fax: (619) 531-6005
E-mail: melissa.holmes@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BILS, individually and as Successor in Interest to NICHOLAS BILS, deceased,<br><br>             Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN DIEGO, a municipal entity, Deputy AARON RUSSELL, an individual, and DOES 1 through 10, inclusive,<br><br>             Defendants. | NO. 20-CV-2069-H-BGS<br><br>**NOTICE OF LACK OF OPPOSITION TO DEFENDANT COUNTY OF SAN DIEGO'S MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF CRIMINAL PROSECUTION**<br><br>Date: December 21, 2020<br>Time: 10:30 a.m.<br>Courtroom: 15A<br>District Judge: Hon Marilyn L. Huff |

PLEASE TAKE NOTICE that no opposition has been filed to Defendant County of San Diego's ("Defendant") Motion to Stay All Proceedings Pending Resolution of Criminal Prosecution.

On November 17, 2020, Defendant filed and served its Motion to Stay All Proceedings Pending Resolution of Criminal Prosecution (ECF No. 6), with a hearing date of December 21, 2020.

///

1  Plaintiff's opposition to Defendant's Motion was due by December 7, 2020.  To
2  date, no opposition or response has been filed or served by Plaintiff and no request was
3  filed by any party seeking additional time to file any opposition.  Therefore, the Motion
4  to Stay All Proceedings Pending Resolution of Criminal Prosecution remains unopposed.
5  For all of the reasons set forth in Defendant's Motion to Stay All Proceedings
6  Pending Resolution of Criminal Prosecution, Defendant respectfully requests the Court
7  grant the Motion.
8  DATED: December 14, 2020        THOMAS E. MONTGOMERY, County Counsel

By: s/JENNIFER M. MARTIN, Deputy
Attorneys for Defendant County of San Diego