## DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California. My business address is 1600 Pacific Highway, Room 355, San Diego, California, 92101.

I served the following documents:
**NOTICE OF LACK OF OPPOSITION TO DEFENDANT COUNTY OF SAN DIEGO'S MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF CRIMINAL PROSECUTION**

in the following manner:

☒   **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, which electronically notifies all counsel as follows:

BRIAN T. DUNN, ESQ.
EDWARD M. LYMAN, ESQ.
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010-3856
Telephone: (323) 435-8205
Facsimile: (323) 282-5280
Email: bdunn@cochranfirm.com
Email: elyman@cochranfirm.com
Attorneys for PLAINTIFF

DALEY& HEFT, LLP
Mitchell D. Dean Esq.
Lee H. Roistacher, Esq.
462 Stevens Avenue, Suite 201
Solana Beach, CA 92075
Telephone: (858) 755-5666
Facsimile: (858) 755-7870
E-mail: mdean@daleyheft.com
E-mail: lroistacher@daleyheft.com
Attorneys for DEFENDANT AARON RUSSELL

Executed on December 14, 2020, at San Diego, California.

By: s/JENNIFER M. MARTIN
E-mail: jennifer.martin2@sdcounty.ca.gov

(*Henry Bils v. County of San Diego, et al.*
USDC Case No. 20-CV-2069-H-BGS)