UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BILS, individually and as Successor in Interest to NICHOLAS BILS, deceased,<br><br>                                        Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal entity, Deputy AARON RUSSELL, an individual, and DOES 1 through 10, inclusive,<br><br>                                        Defendants. | Case No.: 20-cv-02069-H-BGS<br><br>**ORDER CONTINUING ALL DATES IN THIS CASE FOR SIX MONTHS**<br><br>[Doc. No. 6.] |

On October 20, 2020, Plaintiff Henry Bils ("Plaintiff") filed a complaint against Defendants the County of San Diego (the "County"), Deputy Aaron Russell ("Deputy Russell"), and Does 1 through 10 (collectively, "Defendants"). (Doc. No. 1.) The complaint alleges several causes of action arising from allegations that Deputy Russell,

"while acting under the color of law and [within the] scope of his employment" with the County, unjustifiably detained and shot Plaintiff's son, Nicholas Bils, causing his death. (Id. ¶¶ 10-12.) Defendants' initial responses to the complaint are both currently due on February 15, 2021. (Doc. Nos. 4, 10.)

On November 17, 2020, the County filed a motion to stay all proceedings in this case pending the resolution of the ongoing criminal prosecution of Deputy Russell, which arises out of the same operative facts alleged in this action. (Doc. No. 6.) Neither Plaintiff nor Deputy Russell opposed this motion. (See Doc. No. 12.) The Court, pursuant to its discretion under Local Rule 7.1(d)(1), determines that the the County's motion to stay this action, (Doc. No. 6), is fit for resolution without oral argument and submits the motion on the papers. Accordingly, the Court vacates the hearing on the motion scheduled for December 21, 2020.

In lieu of a stay, the Court continues all dates in this action by six months for good cause shown. Defendants' respective initial responses will now be due on or before August 15, 2021.

**IT IS SO ORDERED.**

DATED: December 17, 2020

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT