1  EUGENE G. IREDALE: SBN 75292
2  JULIA YOO: SBN 231163
   GRACE JUN: SBN 287973c
3  IREDALE & YOO, APC
4  105 West F Street, Fourth Floor
   San Diego, CA 92101-6036
5  TEL: (619) 233-1525
6  FAX: (619) 233-3221
   Attorneys for Plaintiffs
7

8              **UNITED STATES DISTRICT COURT**
9            **SOUTHERN DISTRICT OF CALIFORNIA**

10  THE ESTATE OF NICHOLAS            CASE NO. 20-cv-02481-BEN-MDD
11  BILS by and through its successor-
    in-interest KATHLEEN BILS, and    **NOTICE OF RELATED CASE**
12  KATHLEEN BILS as an individual    **(Local Rule 40.1 (f) and (g))**
13
14            Plaintiffs,

15  v.

16
    AARON RUSSELL WILLIAM
17  GORE, in his individual capacity,
18  COUNTY OF SAN DIEGO, PARK
    RANGER DOES 1-2 and SHERIFF
19  DOES 3-25
20
21            Defendants.

22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs wish to give notice pursuant to Local Rule 40.1 (f) and (g), that this case is related to the Case of Henry Bils v. County of San Diego *et al.*, Case No. 20-cv-2069-H (BGS).  The subject matter of both cases deals with the death of Nicholas Bils at the hands of Aaron Russell, a deputy sheriff, who is currently charged in San Diego County with second degree murder for the conduct alleged in this case.  The plaintiff in this case is Kathleen Bils, the mother of decedent.  The plaintiff in Case No. 20-cv-2069-H (BGS) is Henry Bils, the father of decedent, from whom Kathleen Bils has been divorced for many years.  The defendants in both cases include Aaron Russell and the County of San Diego.

Respectfully Submitted,

**IREDALE AND YOO, APC**

Dated:  December 21, 2020

s/ *Eugene Iredale*

EUGENE IREDALE
Attorney for Plaintiffs
THE ESTATE OF NICHOLAS BILS by and through its successor-in-interest, KATHLEEN BILS, and KATHLEEN BILS

- 1